# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-756

TO: _Kevin Dixon_       SBI#: _154239_

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   _October 21, 2005_

FILED
OCT 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of _April 1, 2005_ to _September 30, 2005_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| april | 4.72 |
| may | 1.92 |
| june | 0 |
| july | 0 |
| aug | 0 |
| sept | 0 |

Average daily balances/6 months: _1.10_

Attachments
CC: File

_Stacy Shane_
10/21/05

Notary public

_[signature]_
10/24/05

# Individual Statement

Date Printed: 10/21/2005                                                                                          Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.24 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |
| **Current Location:** 21 | | | **Comments:** QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 4/1/2005 | $27.72 | $0.00 | $0.00 | $27.96 | 88439 | | | |
| Canteen | 4/6/2005 | ($27.89) | $0.00 | $0.00 | $0.07 | 90443 | | F S 2/24-3/23 | |

Ending Mth Balance:  $0.07

# Individual Statement

## For Month of May 2005

Date Printed: 10/21/2005                                                                                  Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.07 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |

**Current Location:** 21    **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $24.00 | $0.00 | $0.00 | $24.07 | 100672 | | FS 3/24-4/23 | |
| Misc Wage | 5/2/2005 | $5.22 | $0.00 | $0.00 | $29.29 | 100673 | | FS 3/24-4/23 | |
| Canteen | 5/3/2005 | ($25.56) | $0.00 | $0.00 | $3.73 | 102231 | | | |
| Canteen | 5/11/2005 | ($3.70) | $0.00 | $0.00 | $0.03 | 105530 | | | |
| Canteen | 5/25/2005 | ($0.03) | $0.00 | $0.00 | $0.00 | 111205 | | | |

**Ending Mth Balance:** $0.00

# Individual Statement - No Transactions This Month

Date Printed: 10/21/2005                                                                                                          Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|

# Individual Statement

Date Printed: 10/21/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 130103 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 130161 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 132873 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 10/21/2005                                                                                          Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |

**Current Location:** 21        **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 140734 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($0.74) | $0.00 | 140755 | | DST/POSTAGE | |

**Ending Mth Balance:** $0.00

# Individual Statement - No Transactions This Month

Date Printed: 10/21/2005                      Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |
| Current Location: | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

                                                                 Ending Mth Balance:     $0.00