

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Kevin Dixon   154239_
   (Name of Plaintiff)      (Inmate Number)

_Delaware Correctional Center_
_1181 Paddock Road_
_Smyrna, DC 19977_
   (Complete Address with zip code)

(2)_____
   (Name of Plaintiff)      (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

vs.

(1) _Commissioner Stanley Taylor_
(2) _Warden Thomas Carroll_
(3) _Captain Janet Henry_
   (Names of Defendants)
(4) _J. Jackson_
(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

0 5 - 7 5 6

_____
   (Case Number)
( to be assigned by U.S. District Court)

**CIVIL  COMPLAINT**

• •  Jury Trial Requested

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_____ _None_ _____

_____

_____

_____

_____

FILED

OCT 2 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  ⊙Yes  • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  • ⊙Yes • •No

C.    If your answer to "B" is Yes:

1. What steps did you take? Classification/Disciplinary Action not Subjected to grievance Procedure, Written Commissioner Taylor And Warden Thomas Carroll

2. What was the result? I did not receive any Response, only From Security Chief which Attached.

D.    If your answer to "B" is No, explain why not: _____

_____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Stanley Taylor

Employed as Commissioner at Department of Correction

Mailing address with zip code: 245 McKee Road

Dover, Delaware 19904

(2) Name of second defendant: Thomas Carroll

Employed as Warden at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road

Smyrna, De. 19977

(3) Name of third defendant: Janet Henry

Employed as Captain at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road

Smyrna, Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

4. J. Jackson                    2

Chairman Institution classification Committee
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. During early part of June 2005 supposed to been involved with sometype Altercated with Another inmate. We were both moved from infirmary him to special Needs unit myself to building 21 per order of Capt. Jane+Henry We have Never been cited for any rule infractions yet I have been locked in room 195 hours per week only permitted exercise 3 hours per week, I have history of mental Illness And this unit not were individuals with my problems housed Written Disciplinary officer (E/LT B. Williams) requesting hearing And Representation Never received response. I have written each of the

2. defendant each ignored Answering. Defendant Jackson stated placed in this unit based on Alteration in June 2005. I have Never been provided anything in Writing concerning Any type Alteration Nor Provided Any type hearing. I've had to have inmate Assist with this matter, due to educational and Mental history issues Individual Allegal to been involved with moved back to infirmary. Since being locked in this unit, which not mental health only received Psychiatric Medications Treating me in Punitive manner, violation of equal protection due process And cruel and unusual punishment. There are no Available programs in FACT Multi-Disciplinary Team (MDT) of this building recommended to

3. defendants, be Removed from this building the other defendant ignored the MDT and My personal communications There is not Any valied or documented Reason For this treatment. Could not secure Any Assistance From law library, only will send cases to building if name Known

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Immediately moved From Building 21 to either Security level Accorded by Department Salient Classification Scoring level on Special Needs unit Counsel be Assigned Complaint filed by Another inmate law library would nt Assist and Cannot prepare myself.

3

2.    Restong Order/Temporary injunctor housing inmates with history of mental Problems. In either Security Housing Units (Shu) or Multi Housing Units (MHU), Prior Approval of Psy-chentric.

3.    Panitive damages in amount of $25.00 per day For each day housed in building 21 From each defendant Special damage in Amount of $10,000 And other Relief Court deem proper and just.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___Oct___ day of ___23rd___, 20_05_.

_____Kevin D. Dyton b_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



I/M Kevin Dixon

SBI# 154739 UNIT 21C

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk of the Court

United States District Court

J. Caleb Boggs Federal Building

844 King Street

Wilmington, DE 19801