To: Judge Sue L. Robinson
Case: Dixon v. Taylor et al
Case Number: 1:05-cv-756 (SLR)
Date: December 12, 2005
From: Kevin Dixon #154239

Re: Keeping Judge Sue L. Robinson on case and Appointment of Legal Counsel.

Dear Honorable S.L. Robinson

Filing this notice for your Honor to appoint myself an Court Lawyer to help me with transactions. Plus I wish not to deal with Magistrate Judge want to keep Honorable Judge Sue L. Robinson. Please Forgive Hand writing. Not Knowedgable with Court transactions. Mentally challeged.

Yours Sincerely,
Kevin Q Dixon
#154239
Del. Corr. Ctr.
1181 Paddock Road
Smyrna, De. 19977

FILED
DEC 21 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

[Envelope image]

From:
...in D. Dixon Sr.
...4239 UNIT 21-C-0-8
...ARE CORRECTIONAL CENTER
...DDOCK ROAD
...A, DELAWARE 19977

Postage: $00.370 — DEC 19 2005 — MAILED FROM ZIP CODE 19977
Postmark: WILMINGTON DE 19 PM DEC 2005
Stamp: U.S.M.S. X-RAY

To:
Honorable Judge Sue L. Robinson
United States District Court
844 King Street U.S. CourtHouse
Wilmington DE 19801