IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-756-SLR |
| ) | |
| COMMISSIONER STANLEY TAYLOR, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 11, 2006, plaintiff Kevin Dixon's complaint was dismissed without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). (D.I. 6)

THEREFORE, at Wilmington this 24th day of February, 2006, IT IS HEREBY ORDERED that plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

_____
UNITED STATES DISTRICT JUDGE